```
 1  GARY M. RESTAINO
    United States Attorney
 2  District of Arizona
    ANGELA W. WOOLRIDGE
 3  Assistant United States Attorney
    Arizona State Bar No. 022079
 4  United States Courthouse
    405 W. Congress Street, Suite 4800
 5  Tucson, Arizona 85701
    Telephone: 520-620-7300
 6  Email: angela.woolridge@usdoj.gov
    Attorneys for Plaintiff
```

FILED
2022 AUG 24 PM 2: 21
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01856 TUC-JGZ(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Ramon Francisco Zambrano,<br>(Counts 1-13)<br><br>2. Ramon Baltazar Zambrano-Marquez,<br>(Counts 1, 14-16)<br><br>3. Alan Martinez-Marquez,<br>(Counts 1, 17-22)<br><br>4. Geovanny Emmanuel Hernandez,<br>(Counts 1-23)<br><br>5. Fernando Carrillo, Jr.,<br>(Counts 1, 23)<br><br>Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Making False Statements in Connection with Acquisition of Firearms)<br>Counts 1-23<br><br>18 U.S.C. § 2(a)<br>(Aiding and Abetting the Commission of an Offense)<br>Counts 2-23<br><br>18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From on or about February through May of 2022, within the District of Arizona, Defendants RAMON FRANCISCO ZAMBRANO, RAMON BALTAZAR ZAMBRANO-MARQUEZ, ALAN MARTINEZ-MARQUEZ, GEOVANNY EMMANUEL HERNANDEZ, and FERNANDO CARRILLO, JR., did knowingly and

intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: knowingly making false and fictitious written statements to federally licensed firearms dealers, which statements were intended to deceive the federally licensed firearms dealers as to a fact material to the lawfulness of such sale of the firearms under Chapter 44, Title 18, United States Code; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to unlawfully acquire firearms on behalf of other individuals by making false statements and representations in the records required by law to be kept by federally licensed firearms dealers; specifically, with regard to the purchase of each firearm, that the individual completing the record was the actual transferee/buyer of the firearm and was not acquiring the firearm on behalf of another person, when in fact the individual completing the record was acquiring the firearm on behalf of another person. The firearms acquired in this manner included:

- 13 Century Arms VSKA 7.62x39mm rifles
- 3 Century Arms BFT47 7.62x39mm rifles
- Pioneer Arms AK-47 7.62x39mm rifle
- Pioneer Arms Sporter AK 7.62x39mm rifle
- Pioneer Sporter AK47 7.62x39mm rifle
- 2 DPMS ANVIL 7.62x39mm rifles
- Palmetto State Armory PSAK-47 M4 7.62x39mm rifle
- Elk River AK47 7.62x39mm rifle
- Zastava ZPAP M70 7.62x39mm rifle

**The Means and Methods of the Conspiracy**

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants would purchase firearms from federally licensed firearms dealers in the District of Arizona.

*United States of America v. Ramon Francisco Zambrano, et al.*
*Indictment Page 2 of 12*

It was a further part of the conspiracy that these defendants would purchase the firearms on behalf of other defendants and/or co-conspirators.

It was a further part of the conspiracy that, in purchasing the firearms, these defendants would make false statements and representations to the federally licensed firearms dealers, in that in connection with each purchase, the purchasing defendant would state that s/he was the actual transferee/buyer of the firearm(s).

It was a further part of the conspiracy that certain defendants and/or co-conspirators would provide the funds and directions to the purchasing defendants to purchase each of the firearms involved in the conspiracy.

It was a further part of the conspiracy that certain defendants would transport other defendants to the businesses of the federally licensed firearms dealers in order to purchase the firearms.

It was a further part of the conspiracy that, following each firearm purchase, the purchasing defendant would transfer possession of the firearm(s) to other defendants or co-conspirators.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On February 1, 2022, RAMON FRANCISCO ZAMBRANO purchased a Pioneer Arms AK-47 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and in the records required by federal law to be kept in the records of the federally licensed firearms dealer in connection with the purchase of the firearm, stated that he was the actual purchaser of the firearm when in fact he was purchasing the firearm on behalf of another individual. RAMON FRANCISCO ZAMBRANO transferred the firearm to another individual shortly after the purchase. GEOVANNY EMMANUEL HERNANDEZ transported RAMON FRANCISCO ZAMBRANO to the business of the licensed firearms dealer to make the purchase.

On February 5, 2022, RAMON FRANCISCO ZAMBRANO purchased a Century Arms VSKA 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and purchased a Pioneer Sporter AK47 7.62x39mm rifle from another licensed firearms dealer in Arizona. In the required records for both firearm purchases, ZAMBRANO stated that he was the actual purchaser of the firearms when in fact he was purchasing them on behalf of another individual. ZAMBRANO transferred the firearms to another individual shortly after the purchases. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO to the businesses of the licensed firearms dealers to make the purchases.

Also on February 5, 2022, ALAN MARTINEZ-MARQUEZ purchased a Century Arms VSKA 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and in the required records for the purchase, stated that he was the actual purchaser of the firearm when in fact he was purchasing it on behalf of GEOVANNY EMMANUEL HERNANDEZ. MARTINEZ-MARQUEZ transferred the firearm to HERNANDEZ immediately after the purchase. HERNANDEZ transported MARTINEZ-MARQUEZ to the business of the licensed firearms dealer to make the purchase and paid MARTINEZ-MARQUEZ for purchasing the firearm on his behalf.

On February 7, 2022, RAMON FRANCISCO ZAMBRANO purchased a DMPS ANVIL 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and in the required records for the purchase, stated that he was the actual purchaser of the firearm when in fact he was purchasing it on behalf of another individual. ZAMBRANO transferred the firearm to another individual shortly after the purchase. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO to the business of the licensed firearms dealer to make the purchase.

On February 8, 2022, RAMON FRANCISCO ZAMBRANO purchased two Century Arms VSKA 7.62x39mm rifles from a federally licensed firearms dealer in Arizona, and in the required records for the purchase, stated that he was the actual purchaser of the firearms when in fact he was purchasing them on behalf of another individual. ZAMBRANO transferred the firearms to another individual shortly after the

purchase. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO to the business of the licensed firearms dealer to make the purchase.

Also on February 8, 2022, FERNANDO CARRILLO, JR., attempted to purchase a two Century Arms VSKA 7.62x39mm rifles from a federally licensed firearms dealer in Arizona. The dealer only had one such firearm available for sale. In the required records for the attempted purchase of this firearm, CARRILLO stated that he was the actual purchaser of the firearm when in fact he was attempting to purchase it on behalf of GEOVANNY EMMANUEL HERNANDEZ. HERNANDEZ transported CARRILLO to the business of the licensed firearms dealer to make the attempted purchase and directed CARRILLO to purchase the two firearms.

On February 10, 2022, RAMON FRANCISCO ZAMBRANO purchased a Century Arms VSKA 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and in the required records for the purchase, stated that he was the actual purchaser of the firearm when in fact he was purchasing it on behalf of another individual. ZAMBRANO transferred the firearm to another individual shortly after the purchase. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO to the business of the licensed firearms dealer to make the attempted purchase.

Also on February 10, 2022, ALAN MARTINEZ-MARQUEZ purchased a Century Arms VSKA 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and purchased an Elk River AK47 7.62x39mm rifle from another licensed firearms dealer in Arizona. In the required records for both firearm purchases, MARTINEZ-MARQUEZ stated that he was the actual purchaser of the firearms when in fact he was purchasing them on behalf of GEOVANNY EMMANUEL HERNANDEZ. MARTINEZ-MARQUEZ transferred the firearms to HERNANDEZ immediately after the purchases. HERNANDEZ transported MARTINEZ-MARQUEZ to the businesses of the licensed firearms dealers to make the purchases.

On February 12, 2022, RAMON FRANCISCO ZAMBRANO purchased a Century Arms VSKA 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and in

the required records for the purchase, stated that he was the actual purchaser of the firearm when in fact he was purchasing it on behalf of another individual. ZAMBRANO transferred the firearm to another individual shortly after the purchase. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO to the business of the licensed firearms dealer to make the purchase.

Also on February 12, 2022, RAMON BALTAZAR ZAMBRANO-MARQUEZ purchased a Century Arms VSKA 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and purchased another Century Arms VSKA 7.62x39mm rifle from another licensed firearms dealer in Arizona. In the required records for both firearm purchases, ZAMBRANO-MARQUEZ stated that he was the actual purchaser of the firearms when in fact he was purchasing them on behalf of another individual. ZAMBRANO-MARQUEZ transferred the firearms to another individual shortly after the purchases. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO-MARQUEZ to the businesses of the licensed firearms dealers to make the purchases.

Also on February 12, 2022, ALAN MARTINEZ-MARQUEZ purchased a Century Arms BFT47 7.62x39mm rifle from a federally licensed firearms dealer, purchased a Century Arms VSKA 7.62x39mm rifle from another licensed firearms dealer, and purchased Zastava ZPAP M70 7.62x39mm rifle from a third licensed firearms dealer, all in Arizona. In the required records for all three firearm purchases, MARTINEZ-MARQUEZ stated that he was the actual purchaser of the firearms when in fact he was purchasing them on behalf of GEOVANNY EMMANUEL HERNANDEZ. MARTINEZ-MARQUEZ transferred the firearms to HERNANDEZ immediately after the purchases. HERNANDEZ transported MARTINEZ-MARQUEZ to the businesses of the licensed firearms dealers to make the purchases.

On February 19, 2022, RAMON FRANCISCO ZAMBRANO purchased a Palmetto State Armory PSAK-47 M4 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and in the required records for the purchase, stated that he was the actual purchaser of the firearm when in fact he was purchasing it on behalf of another individual.

*United States of America v. Ramon Francisco Zambrano, et al.*
*Indictment Page 6 of 12*

ZAMBRANO transferred the firearm to another individual shortly after the purchase. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO to the business of the licensed firearms dealer to make the purchase.

On February 20, 2022, RAMON FRANCISCO ZAMBRANO purchased a Century Arms VSKA 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and in the required records for the purchase, stated that he was the actual purchaser of the firearm when in fact he was purchasing it on behalf of another individual. ZAMBRANO transferred the firearm to another individual shortly after the purchase. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO to the business of the licensed firearms dealer to make the purchase.

On May 24, 2022, RAMON FRANCISCO ZAMBRANO purchased a DPMS ANVIL 7.62x39mm rifle from a federally licensed firearms dealer, purchased a Pioneer Arms Sporter AK 7.62x39mm rifle from another licensed firearms dealer, and purchased a Century Arms BFT47 7.62x39mm rifle from a third licensed firearms dealer, all in Arizona. In the required records for all three firearm purchases, ZAMBRANO stated that he was the actual purchaser of the firearms when in fact he was purchasing them on behalf of another individual. ZAMBRANO transferred the firearms to another individual shortly after the purchases. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO to the businesses of the licensed firearms dealers to make the purchases.

On May 27, 2022, RAMON BALTAZAR ZAMBRANO-MARQUEZ purchased a Century Arms BFT47 7.62x39mm rifle from a federally licensed firearms dealer in Arizona, and in the required records for the firearm purchase, stated that he was the actual purchaser of the firearm when in fact he was purchasing it on behalf of another individual. ZAMBRANO-MARQUEZ transferred the firearm to another individual shortly after the purchase. GEOVANNY EMMANUEL HERNANDEZ transported ZAMBRANO-MARQUEZ to the business of the licensed firearms dealers to make the purchase.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2 - 13

On or about the dates listed below, in the District of Arizona, Defendants RAMON FRANCISCO ZAMBRANO and GEOVANNY EMMANUEL HERNANDEZ knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant RAMON FRANCISCO ZAMBRANO stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of another individual; and Defendant GEOVANNY EMMANUEL HERNANDEZ aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 2 | 02/01/2022 | Brady Firearms LLC | Pioneer Arms AK-47 7.62x39mm rifle |
| 3 | 02/05/2022 | Sportsman's Warehouse | Century Arms VSKA 7.62x39mm rifle |
| 4 | 02/05/2022 | The Hub | Pioneer Sporter AK47 7.62x39mm rifle |
| 5 | 02/07/2022 | Tombstone Tactical | DPMS ANVIL 7.62x39mm rifle<br>Century Arms VSKA 7.62x39mm rifle |
| 6 | 02/08/2022 | Liberty Pawn Shop | 2 Century Arms VSKA 7.62x39mm rifles |
| 7 | 02/10/2022 | Legendary Sales | Century Arms VSKA 7.62x39mm rifle |
| 8 | 02/12/2022 | Tucson Guns & Western Artifacts | Century Arms VSKA 7.62x39mm rifle |
| 9 | 02/19/2022 | Brady Firearms LLC | Palmetto State Armory PSAK-47 M4 7.62x39mm rifle |
| 10 | 02/20/2022 | South Scottsdale Firearms | Century Arms VSKA 7.62x39mm rifle |
| 11 | 05/24/2022 | Arizona Firearms & Accessories | DPMS ANVIL 7.62x39mm rifle |
| 12 | 05/24/2022 | Tactical Studio LLC | Pioneer Arms Sporter AK 7.62x39mm rifle |
| 13 | 05/24/2022 | Alpha Dog Firearms | Century Arms BFT47 7.62x39mm rifle |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

*United States of America v. Ramon Francisco Zambrano, et al.*
*Indictment Page 8 of 12*

## COUNTS 14 - 16

On or about the dates listed below, in the District of Arizona, Defendants RAMON BALTAZAR ZAMBRANO-MARQUEZ and GEOVANNY EMMANUEL HERNANDEZ knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant RAMON BALTAZAR ZAMBRANO-MARQUEZ stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of another individual; and Defendant GEOVANNY EMMANUEL HERNANDEZ aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 14 | 02/12/2022 | Tucson Guns & Western Artifacts | Century Arms VSKA 7.62x39mm rifle |
| 15 | 02/12/2022 | Hovden Firearms LLC | Century Arms VSKA 7.62x39mm rifle |
| 16 | 05/27/2022 | Tactical Studios LLC | Century Arms BFT47 7.62x39mm rifle |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNTS 17 - 22

On or about the dates listed below, in the District of Arizona, Defendants ALAN MARTINEZ-MARQUEZ and GEOVANNY EMMANUEL HERNANDEZ knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ALAN MARTINEZ-

*United States of America v. Ramon Francisco Zambrano, et al.*
Indictment Page 9 of 12

MARQUEZ stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of Defendant GEOVANNY EMMANUEL HERNANDEZ; and Defendant GEOVANNY EMMANUEL HERNANDEZ aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 17 | 02/05/2022 | Sportsman's Warehouse | Century Arms VSKA 7.62x39mm rifle |
| 18 | 02/10/2022 | AZESB LLC | Century Arms VSKA 7.62x39mm rifle |
| 19 | 02/10/2022 | Legendary Sales | Elk River AK47 7.62x39mm rifle |
| 20 | 02/12/2022 | SNG Tactical | Century Arms BFT47 7.62x39mm rifle |
| 21 | 02/12/2022 | Hovden Firearms LLC | Century Arms VSKA 7.62x39mm rifle |
| 22 | 02/12/2022 | KME Firearms | Zastava ZPAP M70 7.62x39mm rifle |

In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT 23

On or about the date listed below, in the District of Arizona, Defendants FERNANDO CARRILLO, JR., and GEOVANNY EMMANUEL HERNANDEZ knowingly made a false statement and representation in connection with the attempted acquisition of a firearm to the business listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of the sale of firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant FERNANDO CARRILLO, JR., stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of Defendant GEOVANNY EMMANUEL HERNANDEZ; and Defendant GEOVANNY EMMANUEL HERNANDEZ aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 23 | 02/08/2022 | Sportsman's Warehouse | Century Arms VSKA 7.62x39mm rifle |

*United States of America v. Ramon Francisco Zambrano, et al.*
Indictment Page 10 of 12

In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Twenty-Three of this Indictment, the defendants, RAMON FRANCISCO ZAMBRANO, RAMON BALTAZAR ZAMBRANO-MARQUEZ, ALAN MARTINEZ-MARQUEZ, GEOVANNY EMMANUEL HERNANDEZ, and FERNANDO CARRILLO, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Firearms | Serial Number |
| --- | --- |
| Pioneer Arms AK-47 7.62x39mm rifle | PAC1160879 |
| Century Arms VSKA 7.62x39mm rifle | SV7094455 |
| Pioneer Sporter AK47 7.62x39mm rifle | PAC1165528 |
| DPMS ANVIL 7.62x39mm rifle | AV4700828 |
| Century Arms VSKA 7.62x39mm rifle | SV7073542 |
| Century Arms VSKA 7.62x39mm rifle | SV7090049 |
| Century Arms VSKA 7.62x39mm rifle | SV7106210 |
| Century Arms VSKA 7.62x39mm rifle | SV7088486 |
| Century Arms VSKA 7.62x39mm rifle | SV7098386 |
| Palmetto State Armory PSAK-47 M4 7.62x39mm rifle | AKB060793 |
| Century Arms VSKA 7.62x39mm rifle | SV7106111 |
| DPMS ANVIL 7.62x39mm rifle | AVS4700280 |
| Pioneer Arms Sporter AK 7.62x39mm rifle | PAC1169509 |
| Century Arms BFT47 7.62x39mm rifle | BFT47005342 |
| Century Arms VSKA 7.62x39mm rifle | SV7094379 |
| Century Arms VSKA 7.62x39mm rifle | SV7105386 |
| Century Arms BFT47 7.62x39mm rifle | BFT47005799 |
| Century Arms VSKA 7.62x39mm rifle | SV7094796 |
| Century Arms VSKA 7.62x39mm rifle | SV7092094 |
| Elk River AK47 7.62x39mm rifle | CC0651 |
| Century Arms BFT47 7.62x39mm rifle | BFT47002126 |
| Century Arms VSKA 7.62x39mm rifle | SV7105846 |
| Zastava ZPAP M70 7.62x39mm rifle | Z70-106884 |
| Century Arms VSKA 7.62x39mm rifle | SV7070808 |

*United States of America v. Ramon Francisco Zambrano, et al.*
*Indictment Page 11 of 12*

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: August 24, 2022

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Ramon Francisco Zambrano, et al.*
*Indictment Page 12 of 12*